JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | CV 14-8720 PA (Ex) | Date | November 21, 2014 |
|---|---|---|---|
| Title | Satinder Lall v. Laboratory Corp. of America, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Julieta Lozano | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

On November 14, 2014, the Court issued an order detailing the ways in which the Notice of Removal filed by Laboratory Corporation of America ("LabCorp"), Antoinette Hampton, and Michael Weigand (collectively "Defendants"), had failed to establish this Court's subject matter jurisdiction and was procedurally defective. Although Defendants' failure to establish the Court's subject matter jurisdiction is not waivable, procedural defects are waivable. The Court provided plaintiff Satinder Lall ("Plaintiff") until November 20, 2014, to waive the procedural defects. Plaintiff has not done so. Accordingly, for the reasons stated in the November 14, 2014 minute order, this action is remanded to the Los Angeles County Superior Court, Case No. BC 524696.

IT IS SO ORDERED.